Craig K. Perry
Nevada State Bar No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777
Facsimile: (702) 943-7520

Attorneys for Plaintiff
Christopher Laccinole,
on behalf of himself and all others similarly situated

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

**LAS VEGAS DIVISION**

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE BAY ACCEPTANCE, INC.,<br><br>Defendant. | Case No. 2:25-cv-00188-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Christopher Laccinole and Defendant Granite Bay Acceptance, Inc. ("Granite Bay") (collectively "Parties) hereby submit this stipulation to extend the time for Granite Bay to respond to Plaintiff's complaint pursuant to Local Rule IA 6-1 ("Stipulation"). This is the Parties' First Request.

Granite Bay's responsive pleading was due on March 10, 2025. Granite Bay has retained counsel in this matter and has commenced investigation of the facts of the case. Granite Bay has not yet retained local counsel.

The Parties originally submitted this Stipulation on March 10, 2025, the day Granite Bay's responsive pleading was due. The Honorable Magistrate Judge Nancy J. Koppe denied the Stipulation without prejudice due to errors in the Stipulation. The Parties have done their best to correct the errors and hereby resubmit the Stipulation.

This extension will allow the Parties to meet and confer regarding the allegations of the complaint and to avoid the incurrence of the Court's resources and attorneys' fees if this matter may be informally resolved. The Parties have already begun their meet and confer efforts, including Granite Bay voluntarily producing documents that it submits undercut Plaintiff's material allegations.

The Parties stipulate and agree that Granite Bay shall have an extension until April 1, 2025 to file its responsive pleading.

DATED: March 11, 2025                    CRAIG K. PERRY & ASSOCIATES


By: /s/ Craig K. Perry
    Craig K. Perry
    Attorneys for Plaintiff
    Christopher Laccinole,
    on behalf of himself and all others
    similarly situated

DATED: March 11, 2025                    BUCHALTER
                                         A Professional Corporation


By: /s/ Steve Winick
    Steve Winick
    Attorneys for Defendant
    Granite Bay Acceptance, Inc.
    Not admitted to practice in Nevada

**IT IS SO ORDERED.**

DATED: March 12, 2025


_____
UNITED STATES MAGISTRATE JUDGE