Craig K. Perry
Nevada State Bar No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777
Facsimile: (702) 943-7520

Attorneys for Plaintiff
Christopher Laccinole,
on behalf of himself and all others similarly situated

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

# LAS VEGAS DIVISION

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE BAY ACCEPTANCE, INC.,<br><br>Defendant. | Case No. 2:25-cv-00188-JAD-NJK<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Christopher Laccinole and Defendant Granite Bay Acceptance, Inc. ("Granite Bay") (collectively "Parties) hereby submit this second stipulation to extend the time for Granite Bay to respond to Plaintiff's complaint pursuant to Local Rule IA 6-1 ("Stipulation"). This is the Parties' second request.

Granite Bay's responsive pleading is currently due on April 1, 2025, and the Parties jointly stipulate to extend to extend Granite Bay's deadline to respond to Plaintiff's complaint until April 24, 2025. Granite Bay has retained counsel in this matter but has not yet retained local counsel.

The Parties continue to be engaged in a cooperative investigation of the facts of the case. Defendant has requested additional time to investigate its records related to this matter, including those of its outside mail vendor. This extension will allow the Parties to further meet and confer regarding the allegations of the Complaint and to avoid the incurrence of the Court's resources

and attorneys' fees if this matter may be resolved. The Parties have already begun their meet and confer efforts. The Parties believe that a further extension may allow for an resolution of this action.

The Parties stipulate and agree that Granite Bay shall have an extension until April 24, 2025 to file its responsive pleading.

DATED: March 27, 2025          CRAIG K. PERRY & ASSOCIATES


                               By:   /s/ Craig K. Perry
                                     Craig K. Perry
                                     Attorneys for Plaintiff
                                     Christopher Laccinole,
                                     on behalf of himself and all others
                                     similarly situated

DATED: March 26, 2025          BUCHALTER
                               A Professional Corporation


                               By:   /s/ Steve Winick
                                     Steve Winick
                                     Attorneys for Defendant
                                     Granite Bay Acceptance, Inc.
                                     Not admitted to practice in Nevada

**IT IS SO ORDERED.**


DATED: March 28, 2025



                               _____
                               UNITED STATES MAGISTRATE JUDGE