1  Craig K. Perry
   Nevada State Bar No. 3786
2  Craig K. Perry & Associates
   2300 W. Sahara Avenue, Suite 800
3  Las Vegas, Nevada 89102
   Phone: (702) 228-4777
4  Facsimile: (702) 943-7520

5  Attorneys for Plaintiff
   Christopher Laccinole,
6  on behalf of himself and all others similarly situated

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE DISTRICT OF NEVADA**

10  **LAS VEGAS DIVISION**

11  CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,   Case No. 2:25-cv-00188-JAD-NJK

12  Plaintiff,   **THIRD STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

13

14  v.

15  GRANITE BAY ACCEPTANCE, INC.,

16  Defendant.

17       Plaintiff Christopher Laccinole and Defendant Granite Bay Acceptance, Inc. ("Granite

18  Bay") (collectively "Parties) hereby submit this third stipulation to extend the time for Granite

19  Bay to respond to Plaintiff's complaint pursuant to Local Rule IA 6-1 ("Stipulation"). This is the

20  Parties' third request.

21       Granite Bay's responsive pleading is currently due on April 24, 2025, and the Parties

22  jointly stipulate to extend to extend Granite Bay's deadline to respond to Plaintiff's complaint

23  until May 2, 2025.  Granite Bay has retained counsel in this matter but has not yet finalized the

24  retention of local counsel.

25       The Parties continue to be engaged in a cooperative investigation of the facts of the case.

26  Defendant has again requested additional time to further investigate its records related to this

27  matter, including those of its outside mail vendor. This extension will allow the Parties to further

28  meet and confer regarding the allegations of the Complaint and to avoid the incurrence of the

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

Court's resources and attorneys' fees if this matter may be resolved. The Parties have already begun their meet and confer efforts. The Parties believe that a further extension may allow for a resolution of this action.

The Parties stipulate and agree that Granite Bay shall have an extension until May 2, ~~,~~ 2025 to file its responsive pleading.

DATED:  April 23, 2025                    CRAIG K. PERRY & ASSOCIATES


By: */s/ Craig K. Perry*
Craig K. Perry
Attorneys for Plaintiff
Christopher Laccinole,
on behalf of himself and all others
similarly situated

DATED:  April 23, 2025                    BUCHALTER
A Professional Corporation


By: */s/ Steve Winick*
Steve Winick
Attorneys for Defendant
Granite Bay Acceptance, Inc.
Not admitted to practice in Nevada

**IT IS SO ORDERED.**                    **NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.**

DATED:  April 24, 2025

_____
UNITED STATES MAGISTRATE JUDGE