# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LACCINOLE, | Case No. 2:25-cv-00188-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| GRANITE BAY ACCEPTANCE, INC., | |
| Defendant(s). | |

On May 21, 2025, the Court ordered the parties to show cause why this case should not be transferred to the unofficial northern division. Docket No. 25. The parties responded by stipulating to transfer the case to the unofficial northern division. Docket Nos. 26, 27. It is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: May 30, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge