Craig K. Perry, Esq.
Nevada State Bar. No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777
Facsimile: (702) 943-7520

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>PLAINTIFF<br><br>v.<br><br>GRANITE BAY ACCEPTANCE, INC.,<br><br>DEFENDANT | Case No.: 2:25-cv-00188-JAD-NJK<br><br>**Stipulation and Order Dismissing Case**<br><br>ECF No. 30 |

  Plaintiff, Christoper Laccinole, and Defendant, Granite Bay Acceptance, by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this notice of dismissal of the Plaintiff's individual claim with

///

///

prejudice with each party to bear its own fees and costs.  Further, the proposed class claims are to be dismissed without prejudice.

This 21st day of August, 2025.

<div style="display: flex;">

<div>

/s/Craig K. Perry
Craig K. Perry, Esq.
Nevada State Bar. No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue
Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777

John A. Love*
Love Consumer Law
2500 Northwinds Pkwy, Suite 330
Alpharetta, GA 30009
404.855.3600
tlove@loveconsumerlaw.com

Max S. Morgan, Esquire*
THE WEITZ FIRM, LLC
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
max.morgan@theweitzfirm.com

*Admitted *Pro Hac Vice*

Counsel for Plaintiff

</div>

<div>

/s/Duncan Burke
Duncan Burke (SBN: 13081)
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Telephone: 775.785.0088
Email:  dburke@shjnevada.com

Steven Winick (CA Bar No. 161815)*
BUCHALTER
425 Market Street, Suite 2900
San Francisco, CA 94105-2491
Telephone: (415) 227-3506
Email: swinick@buchalter.com

*Admitted *Pro Hac Vice*

*Counsel for Defendant*

</div>

</div>

## ORDER

Based on the parties' stipulation [ECF No. 30] and with good cause appearing, IT IS ORDERED that the claims of Named Plaintiff Christopher Laccinole are **DISMISSED** with prejudice, and the claims of the putative (never-certified) class are dismissed without prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 25, 2025